UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTIAN MIGUEL ARAUJO, | : | CIVIL ACTION NO. 3:CV-16-1786 |
| Petitioner | : | (Judge Nealon) |
| v. | : | |
| Warden CRAIG LOWE, | : | |
| Respondent | : | |

## ORDER

**AND NOW, THIS 24ᵗʰ DAY OF OCTOBER, 2016**, for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1, petition) is **DISMISSED** without prejudice as premature.

2. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**